

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2022

No. 04-22-00303-CV

Vicente **MEJIA** and Mercedes Anabel Mejia,
Appellants

v.

**CITIBANK NA**. as Trustee for WAMU Series 2007-HE3 Trust, and Its Successors and Assigns
("Trustee") and SPS Holding Corp. DBA Select Portfolio Servicing, Inc.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-05637
Honorable Nicole Garza, Judge Presiding

# O R D E R

After the clerk's record was due to be filed in this court, the Bexar County District Clerk notified this court that Appellant has not paid the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record. *See* TEX. R. APP. P. 35.3(a).

We **order** Appellant to provide written proof to this court within **ten days** of the date of this order that (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee. *See id.* R. 20.1.

If Appellant fails to respond as ordered, this appeal will be dismissed for want of prosecution without further notice. *See id.* R. 37.3(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court